UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: TERRACE HOUSING ASSOCIATES, LTD., | : : : | Chapter 11 Bankruptcy No. 15-13368REF |
| Debtor | : | |

# **ORDER**

AND NOW, this 22 day of November, 2017, for the reasons and upon the discussion in the accompanying Memorandum Opinion of even date herewith,

IT IS HEREBY ORDERED that Debtor's Motion Seeking Relief from Violation of the Automatic Stay by the United States Department of Housing and Urban Development, the Stay Motion, is DENIED.

BY THE CQURT

*[signature]*

RICHARD E. FEHLING
United States Bankruptcy Judge